**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Rebecca Hodges,** *et al.*, | ) | **Case No.:  1:12-cv-02851** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge Patricia A. Gaughan** |
| **vs.** | ) | |
| | ) | **PLAINTIFFS' NOTICE OF SUBMISSION** |
| **Salvanalle, Inc.,** *et al.*, | ) | **OF EXPERT REPORT** |
| | ) | |
| **Defendants.** | ) | |

Plaintiffs hereby give notice that on October 31, 2013 Plaintiffs served Defendants with a copy of Plaintiffs' expert report.  Plaintiffs note that they have not been served with any expert report by the Defendants addressing any issue for which the Defendants bear the burden of proof. (See, ECF 32, Case Management Order of May 7, 2013, "Expert reports shall be exchanged on or before 10/31/13 for party with burden of proof & 11/29/13 for Rebuttal and Expert Discovery shall be completed on or before 1/16/14.")  Plaintiffs may supplement their expert report with additional opinions to rebutt to any subsequent defense expert report.

Respectfully submitted,

_s/Joseph F. Scott_____
JOSEPH F. SCOTT (0029780)
RYAN A. WINTERS (0086917)
SCOTT & WINTERS LAW FIRM, LLC
815 Superior Avenue East, Suite 1325
Cleveland, OH 44114
440-498-9100
jfscld@yahoo.com
ryan@winterslawfirm.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

Parties may access this filing through the court's system.

*s/Joseph F. Scott*_____
JOSEPH F. SCOTT (0029780)