UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Rebecca Hodges,** *et al.,* | ) | **Case No.:  1:12-cv-02851** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge Patricia A. Gaughan** |
| **vs.** | ) | |
| | ) | |
| **Salvanalle, Inc.,** *et al.,* | ) | **DECLARATION OF** |
| | ) | **RICHARD N. AURSLANIAN** |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

I, Richard N. Aurslanian, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct to the best of my personal knowledge:

1.      I am over eighteen years old and competent to make the following representations.

2.      I have been qualified as an expert in wage and hour matters.  A detailed list of my educational background, work history, and qualifications to serve as an expert witness is set forth in my curriculum vitae, a true and accurate copy of which is attached as Exhibit A.

3.      I was retained by Plaintiffs' counsel in the matter of Rebecca Hodges, et al v. Salvanalle, Inc., et al., case no. 1:12 CV 2851, pending in the United States District Court for the Northern District of Ohio, to review payroll records and deposition excerpts and offer opinions and/or conclusions about whether Defendants' payroll practices complied with the requirements of the Fair Labor Standards Act, 29 U.S.C. §201, et seq.  My opinions are

1

set forth in my report dated October 30, 2013, a true and accurate copy of which is attached hereto as Exhibit B.  I hold each of the opinions and conclusions set forth in my report to a reasonable degree of certainty.

4.     I hereby declare under penalty of perjury that each of the foregoing statements is true and correct.

Richard N. Aurslanian

Signed in Cuyahoga County, Ohio,
this 20th day of December, 2013.

2